IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JHERSON FERNANDO PATINO-VARGAS,  :
:
                             *Petitioner,*   :
:
     v.                            :     No. 2:26-cv-01610
:
J.L. JAMISON, *et al.*,          :
:
                   *Respondents.*   :

## ORDER

AND NOW, this 17th day of March, 2026, upon consideration of Petitioner's

Petition for a Writ of Habeas Corpus (Dkt. 1), it is hereby ORDERED that the Warden

of the Federal Detention Center, Philadelphia, shall by **March 20, 2026, SHOW**

**CAUSE** why the writ of habeas corpus should not be granted. *See* 28 U.S.C. § 2243.

The Clerk of Court is directed to serve the U.S. Attorney's Office for the

Eastern District of Pennsylvania with an acceptance of service form, the Petition, and

a copy of this Order.[1]

BY THE COURT:

_____

GAIL A. WEILHEIMER, J.

---

[1]    Petitioner's Counsel should forward the Petition, along with this Order to the following email addresses: desiree.wilkins@usdoj.gov, anthony.stjoseph@usdoj.gov, susan.becker@usdoj.gov, and gregory.david@usdoj.gov.